FILED
DEC - 4 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MORONGO TRIBESMAN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL PEACE OFFICER'S ASSOCIATION, et al.,<br><br>    Defendant. | Case No. EDCV 09-1244-GHK (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed.

Dated: **12/3/09**

_____
George H. King
United States District Judge