FILED
DEC - 4 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MORONGO TRIBESMAN, et al., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, et al., <br><br> Defendant. | Case No. EDCV 09-1244-GHK (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed.

Dated: **12/3/09**

/s/ _____
George H. King
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY